# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Howard Jackson, | Case No. 19-CV-1256 (PJS/HB) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Social Security Administration; U.S. Department of Treasury; and Risk Management Division State Insurance Program, | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Risk Management Division State Insurance Program is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated: 7/24/19

    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge